United States District Court
Southern District of Texas
FILED

FEB 24 2010

_____ Clerk of C

| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi  10-133 M |

CORPUS CHRISTI   Division

File: _____

CR. No. _____

C - 10 - 0147

INDICTMENT

Filed: February 24, 2010

Judge: HONORABLE JANIS GRAHAM JACK

County: Kenedy

LIONS #: 2010R02271

Attorneys:

United States of America

JOSE ANGEL MORENO, U.S. ATTORNEY
MARK PATTERSON, ASST. U.S. ATTORNEY
GRAND JURY ACTION     APP'D   RET

v.

LUIS MANUEL CARPIO

PLEASE INITIAL _____

OSCAR MARIANO GONZALEZ

TRUE BILL: _____

NO BILL: _____

Charge(s):   Ct. 1: (All Defendants) Did knowingly and intentionally conspire to possess with intent to distribute more than 100 kilograms of marihuana:  21 USC 846, 841(a)(1), and 841(b)(1)(B).
Ct. 2: (All Defendants) Did knowingly and intentionally possess with intent to distribute approximately 668.32 kilograms of marihuana: 21 USC 841(a)(1) and 841(b)(1)(B), and 18 USC 2.

Total Counts (2) _____

Penalty:   Ct. 1:  Not less than 5 years and not more than 40 years imprisonment without probation, parole, or a suspended sentence, or a fine not to exceed $2 million, or both; at least 4 years SRT; and, a $100 Special Assessment.
Ct. 2:  Not less than 5 years and not more than 40 years imprisonment without probation, parole, or a suspended sentence, or a fine not to exceed $2 million, or both; at least 4 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail:   X

On Bond: _____

No Arrest: _____